PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Greg Vasser   Case Number: 3:09-00065

Name of Judicial Officer: Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: December 22, 2009

Original Offense: 18 U.S.C.§ 922(g)(1), and 18 U.S.C. 924, Convicted Felon in Possession of a Firearm

Original Sentence: 84 months' custody, followed by three years' supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: January 26, 2016

Assistant U.S. Attorney: Jimmie Lynn Ramsaur   Defense Attorney: Derrick Scretchen

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 29th day of July, 2016,
and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Zachary Johnson
U.S. Probation Officer

Place   Nashville, TN

Date   July 29, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall not commit another federal, state, or local crime.** |

    On April 14, and May 13, 2016, Mr. Vasser was charged with Driving on a Suspended License, and Driving on a Suspended License, and Drug Paraphernalia-Unlawful Use, respectively. Mr. Vasser notified this officer of his law enforcement contact on the aforementioned dates and followed through with his booking dates and requirements for both charges.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Vasser commenced his term of supervised release on January 26, 2016. Mr. Vasser is scheduled to terminate from supervision on January 25, 2019. The offender's imposed special conditions of drug testing and substance abuse treatment, providing all financial records, and participating in an adult education program and prove consistent effort, determined appropriate by the probation office toward obtaining his General Equivalency Diploma (GED) or other approved certification were enforced by this office effective the offender's release from the Bureau of Prisons. Mr. Vasser has not begun to participate in a GED program as he was given the opportunity to obtain full-time employment.

On January 26, 2016, Mr. Vasser was enrolled in random drug testing at the probation office. To date, the offender has complied with the program providing negative urinalysis samples. Mr. Vasser was referred for a substance abuse assessment at Centerstone Mental Health on January 31, 2016. The assessment was conducted on February 17, 2016, recommending that no treatment was necessary at that time.

Mr. Vasser secured employment on March 2, 2016, at San Antonio Tacos and has maintained his status with said employer to date. The offender has provided this officer with paystubs to verify his employment. An employment contact was conducted on site on June 1, 2016.

On April 14, 2016, this officer received a notification that the offender had law enforcement contact with the Nashville Metropolitan Police Department. Upon investigating this notification, it was determined that Mr. Vasser was charged with Driving on a Suspended License and Texting While Driving. Mr. Vasser notified this officer of his law enforcement contact. The undersigned officer verbally reprimanded the offender for his careless behavior and was directed to rectify his driver's license in order to lawfully operate a motor vehicle. Mr. Vasser has court on August 3, 2016, to receive a disposition on this charge.

On May 13, 2016, this officer received a notification that the offender had law enforcement contact with the Nashville Metropolitan Police Department. Upon investigating this notification, it was determined that Mr. Vasser was charged with Driving on a Suspended License and Drug Paraphernalia Unlawful Use. Mr. Vasser notified this officer of his law enforcement contact. Upon questioning regarding the drug paraphernalia, Mr. Vasser advised that law enforcement identified a scale in the vehicle. Mr. Vasser denied possession of the scale and was unaware that it was in the vehicle. This officer again verbally reprimanded Mr. Vasser for continuing to operate a motor vehicle without a valid license. The offender stated that he has been taking steps to have his license reinstated. The offender was required to book himself by June 6, 2016. On June 6, 2016, Mr. Vasser pled guilty to Drug Paraphernalia Unlawful Use. This officer inquired as to why Mr. Vasser pled guilty to the drug related charge when he had previously advised this officer that the scale was not his. The offender relayed that he was advised to plead guilty to both charges and he would receive a fine and be required to attend and complete a driving class provided by the Davidson County General Sessions Traffic School. Mr. Vasser provided documentation that he completed the aforementioned driving class on July 6, 2016. Mr. Vasser has court on August 1, 2016, to receive a disposition on the Driving on a Suspended License charge.

Mr. Vasser currently resides with his cousin in Nashville, Tennessee. A home contact has been conducted at this address by the undersigned officer on June 30, 2016, with no evidence of any contraband in plain view. The offender appears to be living within his means. Further home contacts will be conducted to ensure that Mr. Vasser is adhering to his conditions of supervised release.

**U.S. Probation Officer Recommendation:**

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Vasser remain on supervised release, continue to participate in drug testing, maintain his employment status, and not incur any future violations. The U.S. Attorney's Office has been notified and they concur with the recommendation.

Approved: _____
Donna Jackson
Supervisory U.S. Probation Officer